UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re: Anna M. Harmon, ) Case No. 11-20964-BEH
)
Debtor ) Chapter 7
)

## UNCLAIMED FUNDS REPORT

Andrew N. Herbach, Trustee hereby files with the court the unclaimed funds in the above referenced case:

Claimant: Estate of Anna M. Harmon.

Last Known Address: 3614 North 26th Street, Milwaukee, WI 53206

A check payable to the Clerk of Courts has been mailed separately to the Clerk of the Bankruptcy Court as of today's date.

May 21, 2021

/s/ Andrew N. Herbach
Andrew N. Herbach, Trustee

Copy mailed to:

Estate of Anna M. Harmon
3614 North 26th Street
Milwaukee, WI 53206

Andrew N. Herbach
1800 E. Howard Ave.
Milwaukee, WI 53207
Telephone: (414) 272-0761
Email: aherbach@trustee7.com


FILED-MAIL
2021 MAY 27 AM 11:58
US BANKRUPTCY COURT
EASTERN DISTRICT OF WI

Andrew N. Herbach, Trustee
1800 E. Howard Ave.
Milwaukee, WI 53207
(414) 272-0761
Debtor

ANNA M. HARMON (11-20964BEH)
Account: 3910224660

UNCLAIMED FUNDS: Distribution payment - Dividend paid at 74.73% of $13,684.91; Claim # 2; Filed: $13,684.91

Metropolitan Commercial Bank
New York, NY
(212) 365-6739 for EBanking

104
1-1335/260
I-4625

VOID AFTER 90 DAYS

Date 05/21/2021

$ ******10,227.17

~~Ten Thousand Two Hundred Twenty Seven Dollars and 17/100

Pay to the Order of:
Clerk of Bankruptcy Court
517 E Wisconsin Ave
Milwaukee, WI 53202

Andrew N. Herbach, Trustee

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK - HOLD AT AN ANGLE TO VIEW